# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOHN ROBERT DEMOS, JR.,

    Petitioner,

vs.

DONALD R. HOLBROOK, *et al.*,

    Respondents.

Case No. 2:15-cv-00066-GMN-VCF

**ORDER**

    This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by a Nevada state prisoner. The Court notes that no filing fee or *in forma pauperis* application was received with the petition. Moreover, the Court lacks jurisdiction to consider this habeas petition. Petitioner resides in the Washington State Penitentiary in Walla Walla, Washington. The correct respondent is the warden of the prison where petitioner is incarcerated. 28 U.S.C. § 2242. This Court has no jurisdiction over a respondent in the State of Washington. 28 U.S.C. § 2241(a).

    **IT IS THEREFORE ORDERED** that this action is **DISMISSED with prejudice** for lack of jurisdiction.

    **IT IS FURTHER ORDERED** that petitioner is **DENIED** a certificate of appealability, as reasonable jurists would not debate that dismissal of this action is proper.

    **IT IS FURTHER ORDERED** that the Clerk of Court shall enter judgment accordingly.

    **DATED** this 16th day of January, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court